

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00364-CV

**IN THE INTEREST OF J.L.B., ET AL,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00174
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant R.B.'s motion for extension of time to file brief is hereby GRANTED. Time is extended to August 2, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk